144 A.3d 715

**STATE of Maryland**

v.

**MILLS, Aaron**

**Pet. Docket No. 584, Sept. Term, 2015**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

144 A.3d 715

**STATE of Maryland**

v.

**SIMMS, Charles Edward**

**Pet. Docket No. 575, Sept. Term, 2015**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.